# COMPLAINT

**(for non-prisoner filers without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern
OCT 1 4 2025
FILED
Clerk of Court

(Full name of plaintiff(s))

SIDNEY JOHNSON

LAKESHA JOHNSON

SENAE COLEMAN

KEYMON COLEMAN

CIDNEY COLEMAN

KESHAWN COLEMAN

v.

Case Number:

**25-C-1575**

(Full name of defendant(s))

(to be supplied by Clerk of Court)

CITY OF WAUKESHA POLICE DEPARTMENT

Officer McNulty

Officer Andringa

Officer Cramer

SGt. Tyndell

John Doe - Lieutenant

John Doe - Sergent

Dispatcher Justine

## A. PARTIES

1. Plaintiff is a citizen of ___Minnesota___ and resides at
   (State)

   ___P.O. Box 48513, Coon Rapids, MN 55448___
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___City of Waukesha Police Department___
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___

(State, if known)

and (if a person) resides at ___1901 Delafield St., Waukesha, WI 53188___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___City of Waukesha, Wisconsin___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On 10-2-2025, defendant officer Mcnuity contacted the Plaintiffs, after locating their missing child at a residence in Waukesha, WI. Plaintiffs requested the address to where their daughter would be held, until they could drive from Minnesota to pick her up. Defendant Mcnuity intentionally and maliciously deceived the Plaintiffs by telling them that the child could not be held, that CPS was contacted stating that their child can indeed stay where she was, with the kidnapper, until the plaintiffs arrived later that night. Plaintiffs were emotionally wrecked, because of the decision that were made.

Complaint – 2

Plaintiffs were told by Defendant Mcnulty that it was the City of Waukesha Police Department's policies and procedures. Plaintiffs then called and spoke with Defendant Sgt. Tyndell, who confirmed defendant Mcnulty's malicious decisions. Defendant Tyndell confirmed that it was the City of Waukesha Police Department's policies and procedures that were being followed. Defendant Tyndell became rude to the Plaintiffs and told them to do what they say and call the non-emergency dispatch after arriving to get assistance with getting their daughter. Plaintiffs requested a complaint form, which was mailed in, and hit the road to Waukesha, WI. After arriving about 5 1/2 hours later, as directed by the defendants, Plaintiff's child was not there and missing again. Plaintiffs were torn apart mentally, emotionally, and physically. Defendants Andringa and Cramer were called to assist the plaintiffs, but instead began to interrogate and investigate them. Defendants Andringa and Cramer became rude and told Plaintiffs that CPS had said their daughter could remain at the residence and that they would not be doing a missing person report for the plaintiffs. They were

Complaint – 3

A 1. Lakesha Johnson is a citizen of Minnesota and resides at P.O. Box 48513, Coon Rapids, MN 55448.

Senae Coleman is a citizen of Minnesota and resides at P.O. Box 48513, Coon Rapids, MN 55448.

Keymon Coleman is a citizen of Minnesota and resides at P.O. Box 48513, Coon Rapids, MN 55448.

Cidney Coleman is a citizen of Minnesota and resides at P.O. Box 48513, Coon Rapids, MN 55448.

Keshawn Coleman is a citizen of Minnesota and resides at P.O. Box 48513, Coon Rapids, MN 55448.

2. Defendant officer Mcavity is a citizen of Wisconsin and resides at unknown address and worked for City of Waukesha Police Department.

Defendant officer Andringa is a citizen of Wisconsin and resides at unknown address and worked for City of Waukesha Police Department.

Defendant officer Cramer is a citizen of Wisconsin and resides at unknown address and worked for City of Waukesha Police Department.

Defendant SGT. Tyndell is a citizen of Wisconsin and resides at unknown address and worked for City of Waukesha Police Department.

Defendant John Doe-Lieutenant is a citizen of
Wisconsin and resides at unknown address and
worked for City of Waukesha Police Department.

Defendant John Doe-Sergeant is a citizen of
Wisconsin and resides at unknown address and
worked for City of Waukesha Police Department.

Defendant Dispatcher Justine is a citizen of
Wisconsin and resides at unknown address and
worked for City of Waukesha Police Department.

B

forced to drive back home to Minnesota without their missing child that had been found by the City of Waukesha Police Department and it's officers. That took everything that the plaintiffs had left and they didn't know what to do and didn't know where their 14 year old daughter was at. Plaintiffs contacted the non-emergency dispatcher, Defendant dispatcher Justine, who told the plaintiffs that they had already been told what was going on with their daughter and refuse to make another report for the plaintiffs. Defendant Justine became very disrespectful towards the plaintiffs, saying that there was no higher rank officer there that they could speak with and hung up on them. Plaintiff continued to call and continued to get the same response. After calling again, John Doe sergent, answered and confirmed the other defendants' actions, stating that it was the City of Waukesha Police Department's policies and procedures. He directed the plaintiffs to contact John Doe-Lieutenant in the morning about the situation. Plaintiffs had to accept it and did as they said. After calling defendant John Doe-Lieutenant, he told the plaintiffs that the decision was made to leave their daughter there and that it was final. Plaintiffs called back to speak with a higher ranking officer and defendant Justine hung up the phone everytime after hearing the plaintiffs' voices, until blocking all calls from the plaintiffs. Plaintiffs was in shock and felt like dying. Plaintiffs called everybody that they could for help, before contacting CPS who stated that they had nothing to do with the situation and didn't know what they

were talking about. Til this moment in time, the plaintiffs have not heard anything else about their missing child and is literally lost. The defendants acted willfully and maliciously to deprive the plaintiffs of their Constitutional Rights. The malicious acts by the defendants has violated the plaintiffs' 14th Amendment due process rights to raise and care for their children, 4th Amendment right to be free from unreasonable searches and seizures, 1st Amendment right to familial association, along with their rights under the Wisconsin Constitution. The defendants' malicious acts were without proper legal cause and has caused the plaintiffs a great amount of hurt, pain + suffering, and emotional distress.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiffs are requesting, from each defendant, compensatory and punitive damages in the sum of $5,000,000.00. Plaintiffs are also seeking an emergency order from the Court to return our child to her parents and a restraining order against the defendants to ensure their safety.

Complaint – 4

E.   **JURY DEMAND**

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __5th__ day of __October__ 20_25_.

Respectfully Submitted,

_Sidney Johnson_
Signature of Plaintiff

_(346) 210-8023_
Plaintiff's Telephone Number

_blvice6060@gmail.com_
Plaintiff's Email Address

_P.O. Box 48513_

_Coon Rapids, MN, 55448_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5